# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 25-3981-GW-PDx | Date | June 9, 2025 |
|---|---|---|---|
| Title | *Flextex, Inc. v. Moonlight Slumber LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

A Joint Notice of Settlement [21] was filed on June 5, 2025. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 120 days. The Court sets an order to show re: settlement hearing for October 16, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on October 10, 2025.

| | : |
|---|---|
| Initials of Preparer | JG |