JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-3981-GW-PDx | Date | October 14, 2025 |
|---|---|---|---|
| Title | *Flextex, Inc. v. Moonlight Slumber LLC, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
None Present

Attorneys Present for Defendants:  
None Present

**PROCEEDINGS:     IN CHAMBERS - ORDER**

On June 5, 2025, the parties filed a Notice of Settlement (ECF No. 21) wherein it was stated that: (1) the parties had reached a settlement and signed a concomitant agreement; and (2) "[t]he parties intend to file a dismissal upon completion of the settlement terms. To ensure the record remains current, the parties propose to provide a brief joint status update within 120 days." On June 9, 2025, this Court issued an order which "vacate[d] all currently set dates, with the expectation that a dismissal will be filed within 120 days . . . . [and] set[] an order to show re: settlement hearing for October 16, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on October 10, 2025." ECF No. 22. On October 10, 2025, Plaintiff filed a Status Report which indicated that (1) Defendant Robert Apitz had been dismissed, and (2) that the remaining Defendant (*i.e.* Moonlight Slumber LLC) was in full compliance with the settlement terms to date; but also requested that "the Court retain jurisdiction over this matter through the conclusion of the settlement period." ECF No. 24. The Court declines the latter request. Instead the Court will take the October 16, 2025 OSC off-calendar and dismiss this action forthwith, but will retain jurisdiction over the matter such that any party can reopen the case to enforce the terms of the settlement.

                                                                                                  :
                                                                    Initials of Preparer    JG